## EXHIBIT LIST

Case Caption:  USA v. Con-ui

Case No. 3:13-CR-123

Date: April 30, 2015

Type of Proceeding: Oral Argument on Motion for Discovery, Brady Materials and Information

| Pltf | Deft | Description of Exhibit | Dated | ID | Admitted | Witness |
|------|------|----------------------|-------|-----|----------|---------|
|  | X | Examples of Special Verdict Forms from other death penalty cases |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Page _1___ of _____