**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13-CR-123 |
| JESSIE CON-UI, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW,** this 18th day of April, 2017**, IT IS HEREBY ORDERED** that the Government's Motion in Limine to Preclude Unsworn Allocation by the Defendant (Doc. 916) is **DENIED.**

The following limitations are hereby placed on Defendant Jessie Con-ui's allocation:

1. Defendant may not address, *via* allocation, any arguments raised by the Assistant United States Attorneys prosecuting this case; the testimony of any witnesses in this case, including members of the victim's family and friends; or any other evidentiary issues.

2. Defendant will present his statements to the jury from the defense table.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge