**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v.

JESSIE CON-UI,

    Defendant.

No. 3:13-CR-123

(JUDGE CAPUTO)

## <u>ORDER</u>

    **NOW,** this 18th day of April, 2017, **IT IS HEREBY ORDERED** that Defendant Jessie Con-ui's Motion to Strike the Amended Notice of Intent to Seek the Death Penalty in Light of *Hurst v. Florida* (Doc. 948) is **DENIED**.


/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge