**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:13-CR-123 |
| v. | (JUDGE CAPUTO) |
| JESSIE CON-UI, | |
| Defendant. | |

### **ORDER**

**NOW,** this 10th day of May, 2017**, IT IS HEREBY ORDERED** that the government's Motion *in Limine* to Preclude Comparative Proportionality Evidence (Doc. 918) is **GRANTED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge