**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:13-CR-123 |
| JESSIE CON-UI, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW,** this 2nd day of June, 2017, **IT IS HEREBY ORDERED** that Defendant Jessie Con-ui's Motion to Suppress Statements (Doc. 998) is **DENIED in part and GRANTED in part**, in that:

(1) Mr. Con-ui's Statements during an Exchange with Officer Ryan Boynton are **NOT SUPPRESSED**.

(2) Mr. Con-ui's Statement to Officer William Celuck is **NOT SUPPRESSED**.

(3) Mr. Con-ui's Statement While Being Escorted by Lieutenant Brian Sudul is **NOT SUPPRESSED**.

(4) Mr. Con-ui's Response to Officer Jeremy Bennett's Question is **PRECLUDED**.

(5) Mr. Con-ui's Statements to Psychologist John Mitchell are **SUPPRESSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge