# Jessie Con-Ui
# The Case for Life

United States District Court
Hon. A. Richard Caputo, U.S.D.J.
Scranton, Pennsylvania
June 19, 2017

# The case for Jessie's life is not about . . . .

- Excuse
- Blaming others
- Justification
- Explanation
- Causation or connection

This is a case about life or death
An individual decision
The power of life over death

## A case for life

- Punishment
    - Isolation
    - Increased punishment
    - A life of concrete and steel
- Remorse and acceptance of responsibility
- Risk factors
- Two decades of incarceration
- Family love

Concrete and Steel

Canaan







ADX "supermax"



## Inside ADX—Jessie's cell on Range 13











Increased punishment—not a "free crime"

## Release status on February 24, 2013

- June 3, 2003—Arrested on federal narcotics conspiracy; in custody ever since
- 2005—Pleads guilty and is sentenced to 11+ years in federal court for narcotics conspiracy
- 2008—Pleads guilty to murder of Carlos Garcia and is sentenced to life with parole eligibility at 25 years concurrent to federal sentence, 1000 days credit
- September 17, 2013—"Max out" date on federal sentence (would be turned over to State of Arizona)
- 2031—Parole eligible in Arizona, age 54

## Release status as of June 7, 2017
### (date of jury's verdict)

- Guilty count one—
    - mandatory lifetime incarceration with no possibility of release

- Guilty count two—
    - Mandatory lifetime incarceration with no possibility of release
- No hope of release

## Restricted conditions of confinement

**General population**
- Socialize
- Work
- 300 mins. phone calls
- Group recreation
- Group meals
- Group religious services
- Contact visitation

**Isolation**
- Solitary confinement
- Can't work
- 1 phone call per month
- Recreation alone
- Alone in cell 24/7
- TV
- Through glass over phone

# Until he dies . . . .

Because he murdered a corrections officer, Jessie Con-Ui will never return to general population.

Remorse and acceptance of responsibility

## Remorse

- Willing to plead guilty
- Did not challenge the evidence
- Remorse expressed to others
- Respectful in court
- Chaplain Ngozi Osuji—February 27, 2013 @ USP/Allenwood

## Risk factors

## Dr. Craig Haney
## Social Psychologist

- The role of risk factors
- Department of Justice leading research role
- "Adverse childhood experiences"
- Poverty
- Domestic violence
- Unstable home
- Absent father figure
- Early incarceration
- Problems unaddressed
- Death of sibling
- Family conflict
- Financial instability
- Long term incarceration
- Lack of rehabilitation

## A life history

- Birth to age 9, Philippines:
    - Tondo and Jaime Boado
    - "Daddy Jim" Geiser and 360 Pampanga St., Angeles City
    - Gary Sliney marries Tess
- Age 9 to 16, upstate New York
- Age 16, Arizona
- Age 19, first incarceration
- Age 26, second and final incaceration







December 1986
Rome, NY



Rome, NY

Two decades of prison

Jessie at age 19 Arizona DOC





Family love



Arizona







Good and decent people





## Jessie's life has value . . .

- To his mother, Tess
- To his brother, Jim
- To his sister, Maria
- To his sons, Jessie, Jr. and Jadin
- To his nieces, Hailey and Hannah
- To his step-sister, Sarah
- To his extended family here and in the Philippines

Promises and decisions
The power of life over death