# Jessie Con-Ui
# The Case for Life

United States District Court
Hon. A. Richard Caputo, U.S.D.J.
Scranton, Pennsylvania
July 6, 2017

# The case for Jessie's life is not about . . . .

- Excuse
- Blaming others
- Justification
- Explanation
- Causation or connection

## Decision-making

- Never required to impose a sentence of death
- Unique <u>individual</u> moral decision
- Can agree to disagree
- Temper justice with mercy

12 votes for death = death

1 vote for life = life

This is a case about life or death

The power of life or death

A unique, individualized personal moral judgment about the appropriateness of sentencing another human being to death

## Promises made—Respect

84. Each juror ultimately makes a unique individual moral judgment about the life or death sentencing decision. If you serve as a juror in this case, will you respect the right of each juror to arrive at an individual decision regarding punishment, even if you disagree with the decision reached by the other juror?

☒ Yes    ☐ No

Please explain: _____
_____

85. Will you ensure that every juror is treated with respect and dignity and is not intimidated, coerced, or bullied about a vote one way or another on the ultimate punishment decision, even if you or other jurors disagree?

☒ Yes    ☐ No

Please explain: _____
_____

86. If after evaluating all the evidence and deliberating with fellow jurors you come to a personal and reasoned moral decision about the appropriate sentence (either life in prison without the possibility of release or death), will you be able to stand by your decision even if one or more of your fellow jurors may disagree with your personal decision about the appropriate penalty?

☒ Yes    ☐ No

Please explain: _____
_____

## A case for life

- Punishment
  - Isolation
  - Increased punishment
  - A life of concrete and steel
- Remorse and acceptance of responsibility
- Risk factors
- Two decades of incarceration
- Family love

3

Concrete and Steel

# Canaan











Inside ADX—
Entrance to Range 13









Increased punishment—not a "free crime"

## Release status on February 24, 2013

- June 3, 2003—Arrested on federal narcotics conspiracy; in custody ever since
- 2005—Pleads guilty and is sentenced to 11+ years in federal court for narcotics conspiracy
- 2008—Pleads guilty to murder of Carlos Garcia and is sentenced to life with parole eligibility at 25 years concurrent to federal sentence, 1000 days credit
- September 17, 2013—"Max out" date on federal sentence (would be turned over to State of Arizona)
- 2031—Parole eligible in Arizona, age 54

## Release status as of June 7, 2017
### (date of jury's verdict)

- Guilty count one—
  - mandatory lifetime incarceration with no possibility of release

- Guilty count two—
  - Mandatory lifetime incarceration with no possibility of release
- No hope of release

## General population unit in a United States Penitentiary





## Restricted conditions of confinement

| General population | Isolation |
|---|---|
| • Socialize | • Solitary confinement |
| • Work | • Can't work |
| • 300 mins. phone calls | • 2 phone calls per month |
| • Group recreation | • Recreation alone |
| • Group meals | • Alone in cell 24/7 |
| • Group religious services | • TV |
| • Contact visitation | • Through glass over phone |

7/9/2017

## "General population" conditions at ADX


80 Square feet

- 22/24 M-Fri; 24/24 weekend
- Meals in cell
- Showers in cell
- Recreation alone
- Outer sallyport
- Escorted in chains
- COs with pepper spray and rapid rotation batons
- Two 15-minute calls per month

## Until he dies . . . .

Because he murdered a corrections officer, Jessie Con-Ui will never return to general population.

12

## Warden Oliver on Long Term Isolation

| | | |
|---|---|---|
| 14 | Q. | I'm going to throw a term out to you, Mr. Oliver, that's |
| 15 | | been used in this case, and I want to you about it.  The term |
| 16 | | is long-term isolation.  Does that even exist in the ADX world? |
| 17 | A. | **No, sir, it does not.** |
| 18 | Q. | All right.  I am going to throw out another term, solitary |
| 19 | | confinement.  Does that exist in the ADX world? |
| 20 | A. | **No, sir.  It does not.** |

## "Long term isolation case . . . ."
## Defense Exhibit 184



Thomas Edward Silverstein

OK for general population:
Yes ___ No  X

"Long term isolation case."

7/9/2017

## Warden John Oliver

Q:  Do you ever see yourself actually recommending an inmate who murdered a federal correctional officer should be placed back in general population, really?

A:  I believe that if we give the inmate the opportunity to program through these—these programs that we have set up, we will program—give them the opportunity to program out of the units.

## Factors to be considered— 13 factors

• Reason inmate at ADX in the first place

• Inmate's criminal history

• Safety and security of the institution

## Warden Bezy on step-down program

| | | |
|---|---|---|
| 9 | **Q.** | And Mr. Feitel questioned you about the step down unit. |
| 10 | | Do you remember that? |
| 11 | **A.** | **Yes, I do.** |
| 12 | **Q.** | Does Mr. Con-Ui meet any criteria for the step down |
| 13 | | program? |
| 14 | **A.** | **He would probably meet a third of it, but he would fail** |
| 15 | | **the majority of it.  I have the 13 right here.** |
| 16 | **Q.** | In your opinion to a reasonable degree of professional |
| 17 | | certainty, do you believe the Bureau of Prisons in light of how |
| 18 | | they have treated those who killed guards since 1987 would ever |
| 19 | | consider Jessie Con-Ui as a candidate for the step down program |
| 20 | | at ADX? |
| 21 | **A.** | **No.** |

## Warden Bezy:

| | | |
|---|---|---|
| 24 | **Q.** | Of the inmates who killed correctional officers after the |
| 25 | | abolition of parole in 1987, were any placed in a USP with the |

126

| | | |
|---|---|---|
| 1 | | privileges, opportunities for social contact and recreation |
| 2 | | that Jessie Con-Ui experienced at USP Canaan before he killed |
| 3 | | Eric Williams? |
| 4 | **A.** | **No.** |
| 5 | **Q.** | Do you have an opinion to a reasonable degree of |
| 6 | | professional certainty based upon your experience with the BOP, |
| 7 | | your knowledge of other cases where inmates have killed |
| 8 | | correctional officers since 1987 whether Jessie Con-Ui will |
| 9 | | ever be housed at a USP like USP Canaan should he be sentenced |
| 10 | | to life imprisonment without the possibility of release? |
| 11 | **A.** | **No.** |
| 12 | **Q.** | Do you have an opinion? |
| 13 | **A.** | **Yes, he would not.** |

## Warden Bezy on long term isolation

| | | |
|---|---|---|
| 14 | Q. | Do you have an opinion to a reasonable degree of |
| 15 | | professional certainty based upon your experience with the BOP, |
| 16 | | your knowledge of other cases where inmates have killed |
| 17 | | correctional officers since 1987 where the Bureau of Prisons |
| 18 | | would house Jessie Con-Ui and under what conditions should he |
| 19 | | be sentenced to life imprisonment without the possibility of |
| 20 | | release for the murder of Eric Williams?  Do you have an |
| 21 | | opinion? |
| 22 | A. | **Yes, I do.** |
| 23 | Q. | What is that opinion? |
| 24 | A. | **He would be housed at the ADX in long-term isolation.** |

## Will never return to a general population setting

Tommy Silverstein:

1983-present (34 years)

Battle: 1994 to present (23 years)

Green: 1997 to present (20 years)

Sablan and Guerrero: 2008 to present (9 years)



7/9/2017

Remorse and acceptance of responsibility

# Remorse

- Willing to plead guilty
- Did not challenge the evidence
- Remorse and shame expressed to others
- Remorse and shame expressed to you, the jury
- Respectful in court
- Chaplain Ngozi Osuji—February 27, 2013 @ USP/Allenwood
- Correctional Officer Timothy Milheim

17





## Dr. Craig Haney
## Social Psychologist

- The role of risk factors
- Department of Justice leading research role
- "Adverse childhood experiences"
- Poverty
- Domestic violence
- Unstable home

- Absent father figure
- Early incarceration
- Problems unaddressed
- Death of sibling
- Family conflict
- Financial instability
- Long term incarceration
- Lack of rehabilitation

## A life history

- Birth to age 9, Philippines:
  - Tondo and Jaime Boado
  - "Daddy Jim" Geiser and 360 Pampanga St., Angeles City
  - Gary Sliney marries Tess
- Age 9 to 16, upstate New York
- Age 16, Arizona
- Age 19, first incarceration
- Age 26, second and final incaceration











December 1986
Rome, NY









## Stressors

- Lose the home in Rome, NY
- Bankruptcy
- Move to base housing in Syracuse
- Jim stays behind
- Increasing family conflict
- Gary "in love" with Maria
- Gary discharged from USAF

# Family counselling, Griffus AFB 1991



## Detective Hubalik



## Dr. Haney

> But in addition to that, he was verbally abusive.  He had been verbally abusive for a very long period of time.  He's unapologetic for it.  He thinks it's appropriate for you to call your children names to tell them they are not going to amount to anything, to call them stupid if they are stupid as he said to me or if they are acting stupid.
>
> This was going on for a long period of time.  It was intensified because Gary was just struggling.  He describes himself as really struggling.  He's incidentally living still in that same apartment.  That's where I interviewed him.  And now the conflicts between him and Tess get more intense.  Tess has gotten a job, and she is standing up for her kids and getting increasingly upset with the way things are in the household.

## Sarah Sliney

```
 9   Q.   Okay.  Now, you said that at one point Gary would -- Gary
10   you said got physical with you?
11   A.   Yes.
12   Q.   And you said that he got physical with the other children
13   too?
14   A.   Yes.
15   Q.   And did you actually see him get physical with the other
16   children?
17   A.   Yes.  He treated them the same way he treated me.  You
18   know, with the hand around the back of the neck.  Like when he
19   wanted our attention and we were looking down at the floor, he
20   didn't like that.  He would grab our face or grab us, get to
21   your room and shove us upstairs to our room.
22   Q.   And you saw him do that with Maria?
23   A.   Yes.
24   Q.   Is that right?
25   A.   Yes.
```

## Sarah Sliney (2)

13  Q.  So you did -- you did eventually move to Arizona with the
14  rest of your -- what you consider your siblings?
15  A.  Yes.
16  Q.  Did Gary treat you with respect?
17  A.  **Not really.**
18  Q.  Did he treat you with love?
19  A.  **No.**
20  Q.  Did he make you feel valued?
21  A.  **No. I have very low self-esteem.**
22  Q.  Did he call you names?
23  A.  **Yeah.**
24  Q.  What kind of names would he call you?
25  A.  **I was called stupid. Slow. Eventually later on he called**

62

1  **me a loser a couple of times.**
2  Q.  Did he ever compare you to your mother?
3  A.  **Absolutely.**
4  Q.  In what kind of way?
5  A.  **You're just going to -- you're going to be a failure, like**
6  **your mom.**
7  Q.  Was he ever physical with you?
8  A.  **Yes.**
9  Q.  Was there a particular way Gary had of manhandling his
10  children?
11  A.  **When he was upset he -- he would grab us by the back of**
12  **the neck and kind of push us, shove us around the room like rag**
13  **dolls. He grabbed my hair a couple of times.**
14  Q.  Did you ever call the police on him?
15  A.  **Yes.**

## Jim Con-Ui

11  Q.  Eventually you were kicked out of the house?
12  A.  **Yes, sir.**
13  Q.  Do you even remember why?
14  A.  **I don't remember why I was kicked out of the house. All I**
15  **remember was I was coming home from work, and as soon as I go**
16  **in the house Gary was yelling at me already for, you know, for**
17  **whatever reason. Probably for breaking one of his rules. And**
18  **the thing was, as soon as I got in the house he was pushing me**
19  **out, you know. We actually had a fight on the sidewalk.**
20      **And at one point he -- you know, I was -- I was trying to**
21  **force myself into the house so that, you know, I could I guess**
22  **try to get some help from my mom, you know, support from my**
23  **mom. And yeah, he was very physical with me. And he pushed me**
24  **on top of my car. And after that, you know, I told him, you**
25  **know, that I would leave. And he said -- he just told me not**

72

1  **to come home. So that's when I left.**
2  Q.  Now, was that before you joined the Air Force?
3  A.  **That was before I joined the Air Force, yes, sir.**
4  Q.  How soon after that did you join the Air Force?
5  A.  **I would say around six months after that.**



## Jim and Maria on Gary

Q.   Okay.  So, six months prior to July of 1996 --
A.   That's correct, sir.
Q.   -- you were kicked out of the house?
A.   Yes.
Q.   From the time you were kicked out of the house by Gary
Sliney, have you ever again been in his presence?
A.   No, sir.  I've never seen him again.
Q.   From that period, over 20 years ago, have you ever spoken
to your step-father?
A.   No.  I've never spoken to him since then.
Q.   How old were you when you joined the Air Force?
A.   I was 22 years old.

11   Q.   From that time, 18 to 19, until right now today, how many
12   times have you spoken to Gary?
13   A.   I don't speak to him.  I actually ran into him at an
14   airport.  He was working as a TSA agent at the time.  And I
15   just said hi to him and I kept it short, brief.  I wasn't rude
16   to him.  I didn't ignore him.  I just said hi, and excused
17   myself that I had to catch a flight, and I never saw him again.
18   And I don't intend to talk to him ever again.



## Two decades of prison

28

## The years in the Arizona Department of Corrections

- 18-24
- 7 years for stealing cars
- Solitary confinement
- Dangerous conditions
- No rehabilitation services
- Prisonization
- Worse on release than entry



## Arizona DOC







**Special Verdict Form: COUNT I**

8. More than two decades of incarceration contributed to Jessie Con-Ui's state of mind on the night he killed Officer Williams.
Number of jurors who so find: _____
9. At age 17, Jessie Con-Ui had a number of problems that were not addressed by the Arizona Juvenile Justice System.
Number of jurors who so find: _____
10. At the time Jessie Con-Ui was in the Arizona Juvenile Justice System, it was under the supervision of the federal courts because of its inadequate and improper treatment of the juveniles under its supervision.
Number of jurors who so find: _____
11. Jessie Con-Ui was not offered any services at the time he left the Arizona Juvenile Justice System.
Number of jurors who so find: _____
12. The Arizona Juvenile Justice System did nothing to assist Jessie Con-Ui with his problems.
Number of jurors who so find: _____
13. At age 19, Jessie Con-Ui entered the Arizona prison system.
Number of jurors who so find: _____
14. The Arizona corrections system was so dangerous and out of control at the time Jessie Con-Ui entered it that a federal court found it could not ensure the safety of its prisoners.
Number of jurors who so find: _____
15. During the years Jessie Con-Ui was there, the Arizona

13

**Special Verdict Form: COUNT I**

prison system was poorly administered.
Number of jurors who so find: _____
16. During the years Jessie Con-Ui was there, the Arizona prison system did not provide rehabilitative services.
Number of jurors who so find: _____
17. Jessie Con-Ui's experiences in the Arizona prison system changed him for the worse.
Number of jurors who so find: _____
18. Jessie Con-Ui was exposed to "risk factors" or "adverse childhood experiences" that had a negative effect on the course of his life.
Number of jurors who so find: _____
19. As young children, Jessie Con-Ui, Jon Con-Ui and Maria Con-Ui witnessed their father beat their mother.
Number of jurors who so find: _____
20. Jessie Con-Ui's father, Jaime Baada, abandoned the family when Jessie Con-Ui was 3 years old.
Number of jurors who so find: _____
21. After his father left the family, Jessie Con-Ui had no relationship with him.
Number of jurors who so find: _____
22. Jessie Con-Ui had a special relationship with his baby brother Ritchie Con-Ui.
Number of jurors who so find: _____
23. Ritchie Con-Ui died at age 3 when Jessie Con-Ui was 4 1/2

14

**Special Verdict Form: COUNT I**

years old, a family tragedy that deeply saddened him.
Number of jurors who so find: _____
24. For the first five years of his life, Jessie Con-Ui lived in poverty in Tondo, a notorious slum in Manila.
Number of jurors who so find: _____
25. Jessie Con-Ui was especially close to his grandmother, Paulina, who suffered from lifelong mental illness.
Number of jurors who so find: _____
26. Jessie Con-Ui and his immediate family moved to Rome, New York in 1987 when he was 9 years old.
Number of jurors who so find: _____
27. The move to New York cut off Jessie Con-Ui's ties with his extended and loving Filipino family.
Number of jurors who so find: _____
29. Because of his Filipino ethnicity, Jessie Con-Ui was subjected to racial slurs in upstate New York.
Number of jurors who so find: _____
29. Despite the difficulties of moving from the Philippines to upstate New York, Jessie Con-Ui initially did well in school and sports.
Number of jurors who so find: _____
30. In 8th grade, Jessie Con-Ui was named MVP (most valuable player) on his school's lacrosse team.
Number of jurors who so find: _____
31. Because of family problems, Jessie Con-Ui's family lost

15

**Special Verdict Form: COUNT I**

their home in Rome, New York and relocated to Syracuse.
Number of jurors who so find: _____
32. The move to Syracuse was a difficult transition for Jessie Con-Ui.
Number of jurors who so find: _____
33. Although the family briefly began counseling at this period, there was no follow up.
Number of jurors who so find: _____
34. Gary Silney punished his children by locking them out of their home.
Number of jurors who so find: _____
35. At approximately age 15, Jessie Con-Ui's life began a downward turn.
Number of jurors who so find: _____
36. At approximately age 15, Jessie Con-Ui began to use drugs.
Number of jurors who so find: _____
37. The family's sudden move to Arizona when Jessie Con-Ui was 16 had a negative impact on him.
Number of jurors who so find: _____
38. Because of ongoing difficulties with his step-father, Gary Silney, Jessie Con-Ui began spending more and more time away from home.
Number of jurors who so find: _____

16

31



**Special Verdict Form: COUNT I**

39. Jessie Con-Ui has maintained a loving relationship with his family.
Number of jurors who so find: _____

40. Jessie Con-Ui is important to his sons, Jessie Con-Ui, Jr. (age 14) and Judin Con-Ui (age 13).
Number of jurors who so find: _____

41. Jessie Con-Ui, Jr. and Judin Con-Ui value the relationship they have with their father.
Number of jurors who so find: _____

42. Jessie Con-Ui and his sons love one another.
Number of jurors who so find: _____

43. Jessie Con-Ui and his mother Teresita ("Tessi") Rlimey love one another.
Number of jurors who so find: _____

44. Jessie Con-Ui and his sister Maria Mauk love one another.
Number of jurors who so find: _____

45. Jessie Con-Ui and his brother Jim Con-Ui love one another.
Number of jurors who so find: _____

46. Jessie Con-Ui's extended family and friends in the Philippines love Jessie Con-Ui.
Number of jurors who so find: _____

47. If Jessie Con-Ui is executed, his mother, Tess Rlmey, will suffer grief and loss.
Number of jurors who so find: _____

48. If Jessie Con-Ui is executed, his sister, Maria Mauk, and

17

**Special Verdict Form: COUNT I**

her family, will suffer grief and loss.
Number of jurors who so find: _____

49. If Jessie Con-Ui is executed, his brother, Jim Con-Ui, and his family, will suffer grief and loss.
Number of jurors who so find: _____

50. If Jessie Con-Ui is executed, his brother-in-law, Mark Mauk, will suffer grief and loss.
Number of jurors who so find: _____

51. If Jessie Con-Ui is executed, his nieces, Hailey and Hannah, will suffer grief and loss.
Number of jurors who so find: _____

52. If Jessie Con-Ui is executed, his step-sister, Sarah Rlmey, will suffer grief and loss.
Number of jurors who so find: _____

53. If Jessie Con-Ui is executed, one or more of his childhood friends and others from Rome, N.Y including Jane Padron, Brian Evans, Eric Ducharo, Joseph Martin, and Christine Rudd will suffer grief and loss.
Number of jurors who so find: _____

54. If Jessie Con-Ui is executed, Virginia Moore, his friend from Tempe, Arizona, will suffer grief and loss.
Number of jurors who so find: _____

55. Jessie Con-Ui's execution would have a devastating lifetime impact on his sons.
Number of jurors who so find: _____

18



**Special Verdict Form: COUNT I**

56. Jessie Con-Ui is remorseful for having taken Officer Williams' life.
Number of jurors who so find: _____

57. Jessie Con-Ui is remorseful for the impact his actions have had on Officer Williams' family and loved ones.
Number of jurors who so find: _____

58. Jessie Con-Ui is ashamed of his actions.
Number of jurors who so find: _____

59. Jessie Con-Ui behaved respectfully in court.
Number of jurors who so find: _____

60. Executing Jessie Con-Ui will not undo the harm he has caused the Williams family.
Number of jurors who so find: _____

61. Other factors weigh in favor of a life sentence.
Number of jurors who so find: _____

Instructions: You may consider during your deliberations any other factor or factors in the defendant's background, record, character, or any other circumstances of the offense that mitigate against imposition of a death sentence.

The following extra spaces are provided to write in additional Mitigating Factors, if any, found by one (1) or more jurors. Indicate the number of jurors who find the existence of that Mitigating Factor has been proven by a preponderance of the evidence. If none, write "NONE" and line out the extra spaces with a large "X." If more space is needed,

19

32

Family love

Good and decent people

